# United States Bankruptcy Court
## District of Nevada

Case No. **11–20014–mkn**
**Chapter 7**

In re: (Name of Debtor)
    NICOLAS RAYGOZA
    3716 CYPRESS AVE
    NORTH LAS VEGAS, NV 89030

    MARIA D. RAMOS
    3716 CYPRESS AVE
    NORTH LAS VEGAS, NV 89030

Social Security No.:
    xxx–xx–9345

    xxx–xx–0550

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐    NICOLAS RAYGOZA

☐    MARIA D. RAMOS

IT IS ORDERED THAT YVETTE WEINSTEIN is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 9/30/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court